**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT -5 2012

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
<u>FORT WORTH DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:12-MJ-424 |
| AZEEZ AHMED AL-GHAZIANI (1) | § | |

<u>CRIMINAL COMPLAINT</u>

I, Special Agent David E. Watson, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about October 2, 2012, in Tarrant County, Texas, the defendant, AZEEZ AHMED AL-GHAZIANI, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce, firearms, that is, a Smith and Wesson .40 caliber pistol, and a Harington and Richardson shotgun, said firearms having been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(3).

On or about October 2, 2012, in Tarrant County, Texas, the defendant, AZEEZ AHMED AL-GHAZIANI, did knowingly and without lawful authority produce an identification document, authentication feature, or a false identification document, to wit, fraudulent U.S. military and U.S. government identification badges that appear to have been issued by or under the authority of the United States in violation of 18 U.S.C. § 1028(a)(1).

1. I am a Special Agent with the U.S. Naval Criminal Investigative Service (NCIS) and have been employed with NCIS since 1991. I have been assigned to the FBI Joint Terrorism Task Force (JTTF) since 2001, and I have investigated terrorism-related activities since that time. As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18, United States Code and

**Complaint - Page 1**

also Section 7480 of Title 10, United States Code, which specifically grants arrest authority to Special Agents of the Naval Criminal Investigative Service. That is, I am an officer of the U.S. who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Sections 1028(a)(1) and 922(g)(3) of Title 18, United States Code.

2. I am investigating the discovery of multiple fraudulently produced U.S. military and U.S. government identification cards and firearms, which were found on October 2, 2012, in an apparently abandoned blue 2007 Chevrolet Silverado pickup truck, bearing Texas license BD 54789, registered to Azeez Al-Ghaziani.

3. The information in this affidavit is based upon my personal knowledge, as well as on information that I have received from witnesses and other law-enforcement sources. Because this affidavit is made for the limited purpose of establishing probable cause for the complaint, I have not recited each and every fact known to me as a result of this investigation. As a result of my personal participation in this investigation, conversations and reports made to me by other Special Agents of the FBI JTTF, officers of the Hurst Police Department, Hurst, Texas, witnesses and other concerned parties, I am familiar with the circumstances of the offense described in this affidavit. On the basis of this familiarity, I allege that the facts show that:

4. During my investigation, I learned that on Tuesday, October 2, 2012, at 5:03 a.m., the Hurst Police Department was contacted regarding a suspicious vehicle parked behind a strip center, located at 725 Grapevine Highway, Hurst, Texas, blocking access

to the rear of the strip center. The reporting party advised that it appeared the vehicle had been involved in an accident, but that he had not seen anyone around the vehicle or the adjacent businesses.

5. Hurst Police responded to the scene at 5:07 a.m. They located the vehicle, which was blocking emergency access to the rear of the building, and noticed significant damage to the front right quarter panel and passenger side front door. Officers searched the area to determine if someone was injured and needed assistance, but no one was located. The vehicle hood was cold to the touch, and the vehicle appeared to have been abandoned.

6. A query of the vehicle license by Hurst Police revealed the owner to be Azeez Al-Ghaziani, with an address of 3308 Tex Boulevard, Fort Worth, Texas 76116. Hurst Police could not locate a phone number for Al-Ghaziani. Hurst Police called Fort Worth Police and requested they make contact with the registered owner at the 3308 Tex Boulevard address. Upon arrival at the address, Fort Worth Police determined the residence was vacant.

7. Hurst Police began looking through the windows of the vehicle and noticed a soft camouflage long gun carrying case on the rear passenger side of the truck. Hurst Police also saw a black long gun carrying case between the rear bench and the rear window.

8. An inspection of the front windshield of the vehicle disclosed a Department of Defense (DoD) vehicle registration decal, bearing number 698QPH. Hurst Police attempted to contact the Naval Air Station Joint Reserve Base (NAS JRB) Fort Worth in an attempt to ascertain information regarding the registered owner, but were unsuccessful in making contact with anyone at NAS JRB.

9. Hurst Police noticed wig-wag lights located inside the vehicle along the upper portion of the front windshield, which along with the DoD decal, gave the impression that the vehicle was used for military law enforcement purposes. At this point, Hurst Police were concerned that the driver of the vehicle had possibly been involved in a recent accident and was injured. All efforts by Hurst Police at this point were unsuccessful in determining the location of the driver, and therefore, the decision was made to enter the unlocked vehicle to locate current contact information for the registered owner and to safeguard any firearms.

10. At approximately 5:30 a.m., Hurst Police entered the unlocked vehicle and discovered a second DoD vehicle registration decal affixed to the inside portion of the door frame, bearing the same number as the one affixed to the windshield. The keys were lying on the driver's side floorboard. Paperwork was observed on top of an open duffle bag lying on the driver's side floorboard. The paperwork was picked-up and scanned in order to look for current addresses and contact information of the vehicle owner. Upon picking-up the paperwork, Hurst Police noticed multiple federal agency identification cards located inside of the large duffle bag. The identification cards bore

the same photograph of a Middle-Eastern male, but there were two different names used. The first name was Dominik Emilius Kaiser, and the second was Azeez Ahmed Al-Ghaziani.

11. Each of the identification cards listed the same date of birth, October 10, 1982, and the same social security number, xxx-xx-9261, for both Kaiser and Al-Ghaziani. Each of the identification cards appeared to be fraudulent due to the obvious different pieces of material that had been used to make the composition of the cards. One of the identification cards had what appeared to be a Visa credit card as backing.

12. Additional items located in the duffle bag included: Smith and Wesson 40 caliber pistol, model number SW40VE, serial number DYF8802, which was not loaded; chrome tape, which appeared to have been used to mimic the appearance of a microchip on the identification cards; three different DoD vehicle registration decals, each with a different registration number; and two small clear zip-lock type bags and one small zip-lock type bag with a design on it. These small bags are commonly used in the distribution of illegal narcotics.

13. Based on the discovery of the apparent fraudulent identification badges, multiple DoD vehicle registration decals, and apparent drug paraphernalia, Hurst Police had reason to believe that fraudulent badges were being manufactured. This constitutes a violation of Texas Penal Code 37.10, Tampering with a Government Record.

14. Additional items found in the vehicle included: a Harington and Richardson, model 1871, 12 ga., shotgun, serial number NZ595962, which was unloaded; a box of ammunition for the shotgun; and a magazine containing approximately twelve .40 caliber rounds.

15. An employee of a restaurant located in the strip center approached Hurst Officers and informed them that she believed the vehicle belonged to the owner of Martinizing Dry Cleaners, which is located on the east corner of the strip center, located at 725 Grapevine Highway, Hurst, Texas. The employee did not know the name of the owner but described him as a Middle-Eastern male. A subsequent check of the cleaners revealed that no one appeared to be inside and the doors were locked.

16. At approximately 10:00 a.m., a Hurst Police Officer at the scene observed a male exit the rear door of Martinizing Dry Cleaners, adjacent to where the vehicle was parked. The male identified himself as Azeez Al-Ghaziani, the registered owner of the vehicle. The Hurst Police Detective asked if anyone else was inside the business, and Al-Ghaziani replied "no."

17. Al-Ghaziani identified himself as the owner of Martinizing Dry Cleaners, and provided verbal consent for Hurst Police to search his business. An initial visual sweep of the business by Hurst Police resulted in the observation of identification cards similar to those found in the vehicle registered to Al-Ghaziani. The consent search was suspended in order to obtain a search warrant. Hurst Police secured the business and ensured that no one entered.

18. On October 2, 2012, at 4:00 p.m., Magistrate Judge Lacey Britton issued a search warrant ordering the search of 725 Grapevine Highway, Hurst, Texas. During the search, Hurst Police seized additional fraudulent U.S. military and U.S. government identification badges, contraband, and other items, including: a plastic badge holder containing fraudulent Central Intelligence Agency (CIA) credentials; a plastic badge holder containing DoD military credentials; approximately ½ gram of a white powdery substance that later field-tested positive for methamphetamine; drug paraphernalia; Datastick Pro thumb drive; and an HP Probook laptop computer.

19. On October 2, 2012, Al-Ghaziani was arrested by Hurst Police and charged with Tampering with a Government Document.

20. On October 2, 2012, Al-Ghaziani was advised of his Miranda rights, which he waived, and was interviewed by Hurst Police and FBI JTTF Special Agents. Al-Ghaziani admitted to making and possessing the fraudulent U.S. military and U.S. government identification cards found in his vehicle and in his business. Al-Ghaziani admitted to making and displaying the fraudulent DoD vehicle registration decal, bearing 698QPH, located on the windshield of his vehicle and to creating and using the name Dominik Kaiser. Al-Ghaziani also stated that he uses methamphetamines on a regular basis and purchased $300 in methamphetamines for personal use over the past month. Al-Ghaziani also told law enforcement that he purchased, owned and possessed the Smith and Wesson .40 caliber pistol and the Harington and Richardson shotgun found in his vehicle.

21. The Smith and Wesson .40 caliber pistol and Harington and Richardson shotgun were manufactured outside of Texas and travelled in or affected interstate commerce.

22. Al-Ghaziani is currently being held in the Hurst Detention Facility. Based on the information set forth in this affidavit, I submit that there is probable cause to believe that Azeez Ahmed Al-Ghaziani committed violations of Title 18, United Stated Code, Section 922(g)(3), Unlawful User of a Controlled Substance in Possession of a Firearm, and Section 1028(a)(1), Fraud in Connection with Identification Documents.

I declare that the foregoing is true and correct.

Executed on this 5th day of October, 2012.

David E. Watson
Special Agent
Naval Criminal Investigative Service

Subscribed and sworn before me this 5th day of October, 2012, at Fort Worth, Texas.

Jeffrey L. Cureton
United States Magistrate Judge