ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 JAN -8 PM 4:04

DEPUTY CLERK_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No. 4:13 CR-002-Y |
| | § § | |
| AZEEZ AHMED AL-GHAZIANI | § | |

### INDICTMENT

The Grand Jury charges:

#### Count One
Possession of a Firearm by an Unlawful User
of a Controlled Substance
(Violation of 18 U.S.C. § 922(g)(3))

That on or about October 2, 2012, in the Fort Worth Division of the Northern District of Texas, **Azeez Ahmed Al-Ghaziani,** the defendant, then being an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce, firearms, that is, a Smith & Wesson, Model SW40VE, .40 caliber, pistol bearing serial number DYF8802 and a Hawk Industries, H&R 1871, Model Pardner Pump, 12 gauge shotgun bearing serial number NZ595962.

All in violation of 18 U.S.C. § 922(g)(3) and 924(a)(2).

<u>Count Two</u>
Fraudulent Production of an
Identification Document
(Violation of 18 U.S.C. § 1028(a)(1))

That on or about October 2, 2012, in the Fort Worth Division of the Northern District of Texas, **Azeez Ahmed Al-Ghaziani,** the defendant, did knowingly and without lawful authority, produce an identification document, authentication feature, and a false identification document, to wit, fraudulent U.S. military and U.S. government identification badges that appear to have been issued by or under the authority of the United States.

All in violation of 18 U.S.C. § 1028(a)(1), (b)(1)(A)(i) and (b)(5).

### Forfeiture
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 18 U.S.C. § 1028(b)(5)]

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), **Azeez Ahmed Al-Ghaziani**, the defendant, shall forfeit to the United States of America any firearms and ammunition involved or used in the offense.

Upon conviction for the offense alleged in Count Two of this Indictment and pursuant to 18 U.S.C. § 1028(b)(5), **Azeez Ahmed Al-Ghaziani**, the defendant, shall forfeit to the United States of America any personal property used or intended to be used to commit the offense.

This property includes, but is not limited to, the following:

a. Smith & Wesson, Model SW40VE, .40 caliber, pistol bearing serial number DYF8802.

b. Hawk Industries, H&R 1871, Model Pardner Pump, 12 gauge shotgun bearing serial number NZ595962

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile:  214.767.2916
Email:      Errin.Martin@usdoj.gov

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

AZEEZ AHMED AL-GHAZIANI

INDICTMENT

18 U.S.C. § 922(g)(3)
Possession of a Firearm by an Unlawful User of a Controlled Substance

18 U.S.C. § 1028(a)(1)
Fraudulent Production of an Identification Document

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 18 U.S.C. § 1028(b)(5)
Forfeiture

2 Counts

A true bill rendered    413  CR-002-Y

_____
DALLAS                                                                    FOREPERSON

Filed in open court this _____ day of January 2013

Custody

U.S. MAGISTRATE COURT JUDGE    1/8/13
Magistrate Court Number
4:12-MJ-424-BJ - Complaint
3:12-MJ-506-BH – Search Warrant