IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13-CR-00002-Y |
| | § | |
| AZEEZ AHMED AL-GHAZIANI | § | |

## FACTUAL RESUME

In support of the defendant's plea of guilty to the offense in Count One of the Indictment charging a violation of 18 U.S.C. § 922(g)(3), that is, Unlawful User of a Controlled Substance in Possession of a Firearm, Azeez Ahmed Al-Ghaziani, and his counsel, William Biggs, stipulate and agree to the following:

1. **Elements of the Offense:** In order to prove a violation of 18 U.S.C. § 922(g)(3) as alleged in the Indictment, the government must prove each of the following elements beyond a reasonable doubt:

   *First*:   That the defendant knowingly possessed a firearm, as charged;

   *Second*:  That while the defendant possessed the firearm, he was an unlawful user of or addicted to a controlled substance; and

   *Third*:   That the possession of the firearm affected commerce; that is, that before the defendant possessed the firearm, it had traveled at some time from one state to another.[1]

---

[1] *United States v. Parett*, 260 Fed. App'x 750 (5th Cir. 2008).

Factual Resume - Page 1

2.  **Stipulated Facts:**   The stipulated facts that support the defendant's plea of guilty to Count One of the Indictment are as follows:

That on or about October 2, 2012, in the Fort Worth Division of the Northern District of Texas, **Azeez Ahmed Al-Ghaziani,** the defendant, then being an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce, firearms, that is, a Smith & Wesson, Model SW40VE, .40 caliber, pistol bearing serial number DYF8802 and a Hawk Industries, H&R 1871, Model Pardner Pump, 12 gauge shotgun bearing serial number NZ595962.

On October 2, 2012, **Al-Ghaziani** possessed, inside his truck, an unloaded Harington and Richardson, model 1871, 12 gauge, shotgun, serial number NZ595962; an unloaded Smith and Wesson .40 caliber pistol, model number SW40VE, serial number DYF8802; a box of ammunition for the shotgun; and a magazine containing approximately twelve .40 caliber rounds.  **Al-Ghaziani** purchased both firearms, which were manufactured outside of the state of Texas.  **Al-Ghaziani** also possessed, in the same truck with the guns, two small clear zip-lock type bags and one small zip-lock type bag with a design on it, which had contained narcotics and the contents of which **Al-Ghaziani** had consumed while in possession of the firearms.  In the commercial building where **Al-Ghaziani** resided, he possessed additional methamphetamine and drug

**Factual Resume - Page 2**

paraphernalia. At the time **Al-Ghaziani** possessed the firearms, he used methamphetamine on a regular basis.

AGREED TO AND SIGNED this 6th day of June, 2013.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____    _____
AZEEZ AHMED AL-GHAZIANI           ERRIN MARTIN
Defendant                          Assistant United States Attorney
                                   Texas State Bar No. 24032572
                                   1100 Commerce Street, Third Floor
                                   Dallas, Texas 75242-1699
                                   Telephone: 214.659.8600
                                   Facsimile:  214.767.4104
                                   Email:      Errin.Martin@usdoj.gov

_____    _____
WILLIAM BIGGS                      GARY C. TROMBLAY
Attorney for Defendant             Deputy Criminal Chief

Factual Resume - Page 3